IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-0725-RPM

RAYMOND LANFEAR,

                              Plaintiff,

v.

HOME DEPOT U.S.A., INC.

                              Defendant.

## **ORDER**

The Court having reviewed the Parties= *Stipulated Motion To Modify Scheduling Order* filed in the above-referenced matter;

HEREBY Grants the Motion, and the Scheduling Order is modified to extend the deadline for discovery to February 15, 2006, and extend the deadline for dispositive motions to February 28, 2006.

Dated:   December 8, 2005

                                                    s/Richard P. Matsch

                                                    Senior District Judge Richard P. Matsch