IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00725-RPM

RAYMOND LANFEAR,

      Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

      Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENA AND DIRECTING SUBMISSION OF APPROPRIATE PROTECTIVE ORDER FOR PRIVACY PROTECTION

---

On December 21, 2005, the plaintiff filed a motion for a protective order and motion to quash subpoena served on his present employer, Loew's.  The defendant filed a response and on January 20, 2006, the plaintiff filed his reply.  The plaintiff seeks to prevent any discovery of his personnel files with his present employer, asserting the need for protection of privacy interests.  Those privacy interests are limited in this civil action initiated by him for damages from a claimed wrongful termination of his employment with the defendant.  The motion speaks too broadly. The appropriate measures to be taken for the protection of privacy interests is the entry of a protective order limiting the use of the information obtained from the personnel file in the manner suggested by the defendant's submitted proposed protective order.  That protective order is deficient in that it does not refer to D.C.Colo.LCivR 7.2 and 7.3. With that addition the protective order can be submitted and signed.  It is therefore

      ORDERED that the plaintiff's motion is denied and the parties shall submit an appropriate protective order for the limited use of the privacy information that may be

subject to protection for the limited use in this civil action.

Dated: January 25th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge